IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02471-BNB

BURTON SANDLES,

    Plaintiff,

v.

DENVER DOWNTOWN CORRECTIONAL FACILITY,
THE OFFICE OF THE ATTORNEY GENERAL,
MAJOR COMER,
CHIEF KEILER,
CAPTAIN McCALL, and
DENVER DOWNTOWN CORRECTIONAL FACILITIES 4TH FLOOR SUPERVISORS,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC -6 2010

GREGORY C. LANGHAM
               CLERK

## ORDER OF DISMISSAL

In an order filed on October 22, 2010, Magistrate Judge Boyd N. Boland granted Plaintiff leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this action. Pursuant to § 1915(b)(1), Magistrate Judge Boland ordered Plaintiff either to pay an initial partial filing fee or to show cause why he has no assets and no means by which to pay the initial partial filing fee. Plaintiff was warned that the complaint and the action would be dismissed without further notice if he failed either to pay the initial partial filing fee or to show cause within thirty days.

Plaintiff has failed within the time allowed either to pay the initial partial filing fee or to show cause why he is unable to pay the initial partial filing fee. Plaintiff has failed to respond to Magistrate Judge Boland's October 22 order in any way. Therefore, the complaint and the action will be dismissed. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff failed within the time allowed either to pay the initial partial filing fee or to show cause why he has no assets and no means by which to pay the initial partial filing fee.

DATED at Denver, Colorado, this __29th__ day of __November__, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02471-BNB

Burton Sandles
Prisoner No. 0000632568
Denver Van Cise-Simonet Detention Center
490 West Colfax Avenue
Denver, CO 80204

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on  12/6/10

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk